# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

**Dimitrios Goros**

    vs.

**Kenneth S. Pearlman, et al**

JUDGMENT IN A CIVIL CASE

**CASE NO.**   9:03-CV-1303

    **JURY VERDICT.**   This action came before this Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **DECISION BY COURT.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT IS GRANTED. PLAINTIFF'S COMPLAINT IS DISMISSED IN ITS ENTIRETY.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED ON MAY 10, 2007.

Dated: May 10, 2007

Clerk of Court

s/ S. Potter
By: Deputy Clerk